**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 1:20-CR-59** |
| | ) | **Hon. T.S. Ellis, III** |
| **MANISH SINGH,** | ) | **Trial: October 20, 2020** |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# DEFENDANT'S MOTION TO USE ELECTRONIC COURTROOM PRESENTATION EQUIPMENT

COMES NOW the defendant, MANISH SINGH, by counsel, and moves this Court to allow the defendant to make use of computer and audio-video equipment in the courtroom, as permitted by the Court, at the upcoming jury trial on October 20, 2020.

Respectfully submitted,

MANISH SINGH
By Counsel,

By:      /s/
Brooke Sealy Rupert, 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
Brooke_Rupert@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on October 12, 2020, I filed a true and correct copy of the foregoing using the CM/ECF system, which will then serve an electronic copy on counsel of record.

/s/
Brooke Sealy Rupert, 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
Brooke_Rupert@fd.org