# Outflows from Wells Fargo Bank Account - x3887
# Manish Singh DBA Manish Singh TA Victor Rossi

## September 19, 2016 to March 31, 2018

## Total:  $1,278,583.24



- Myfreecams.com 62.9%
- Checks to Parents 15.2%
- Cash Withdrawals 8.3%
- Transfers to Another Account 3.3%
- Living Expenses 3.3%
- Sanaa Home and Lifestyle Expenses 2.7%
- Auto Purchase 2.3%
- Retail Expenditures 1.2%
- Bank Fees 0.4%
- Money to Others 0.4%

GOVERNMENT EXHIBIT
6-2
1:20-CR-59