## Outflows from Wells Fargo Account X-3887
## September 19, 2016 to March 31, 2018

| OUTFLOW USE | AMOUNT | SUBTOTAL |
|---|---|---|
| **Myfreecams.com** | $804,721.71 | |
| **Checks to Parents** | $193,929.61 | |
|  - Checks referencing MFC / Eric | | $91,220.00 |
|  - Checks referencing Alex Cooper / MFC | | $26,350.00 |
|  - Checks with no reference | | $76,359.00 |
| **Cash Withdrawals** | $105,848.00 | |
| **Transfers to Another Account** | $42,289.43 | |
| **Living Expenses** | $41,814.63 | |
| **Sanaa Home and Lifestyle Expenses** | $34,030.65 | |
|  - Alex Cooper Auctioneers | | $13,507.60 |
|  - Edna Jones (Edna Conway) | | $17,460.00 |
|  - Selective Insurance (Sanaa Home and Lifestyle) | | $1,544.00 |
|  - Advertising / Marketing | | $929.85 |
|  - Website Design / Hosting | | $589.20 |
| **Auto Purchases** | $29,991.00 | |
| **Retail Expenditures** | $14,774.20 | |
| **Bank Fees** | $5,724.01 | |
| **Money to Others** | $5,460.00 | |
| **GRAND TOTAL** | **$1,278,583.24** | |