# Inflows to Wells Fargo Bank Account - x3887
## Manish Singh DBA Manish Singh TA Victor Rossi

**September 19, 2016 to March 31, 2018**

**Total: $1,278,549.27**



- Miscellaneous Credits, $6,004.31 — 0.5%
- Cash Deposits, $4,813.00 — 0.3%
- Payments from Parents, $3,950.00 — 0.4%
- Saif Ahmad / Sana Aijaz, $1,263,781.96 — 98.8%