## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 10/16/2020
Time: 12:05 p.m. – 12:40 p.m. (00:35)
      12:48 p.m. – 01:55 p.m. (01:07)
      02:44 p.m. – 03:23 p.m. (00:39)
      03:27 p.m. – 03:34 p.m. (00:07)
      (02:28)

Before the Honorable: **T.S. ELLIS, III**
Case No.: 1:20-cr-00059-TSE-1

Official Court Reporter: Patricia Kaneshiro-Miller
Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# MANISH SINGH        X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Grace Hill | Brooke Rupert |
| Heidi Gesch | Ann Rigby |
|  | Sameer Jaywant (Pro Bono) |

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:** **Final Pretrial Conference**
    [ 32 ]  Mr. Singh's Motion to Continue Trial
    [ 34 ]  Government's Motion *in Limine* to Preclude Mention of Any Alleged Blackmail and/or Extortion Scheme
    [ 35 ]  Motion to Exclude Evidence of Name and Nature of Website
    [ 36 ]  Mr. Singh's Motion to Strike Language from Indictment
    [ 55 ]  Mr. Singh's Motion to Preclude Government from Introducing Certain Exhibits Pursuant to Rule 1006

- [ 32 ]  Mr. Singh's Motion to Continue Trial – DENIED.

- Court advised the parties of voir dire procedures.  12 Jurors and 2 Alternates will be chosen.  The Government will have 7 strikes and the defendant will have 11 strikes.

- [ 32 ], [ 34 ] , [ 55 ]  -DENIED.

- [ 36 ]  Mr. Singh's Motion to Strike Language from Indictment -Court defer ruling.

- Court to issue an Order on the duress offense.

- Jury Trial set for **Tuesday, October 20, 2020 at 9:00 a.m.**

- **Deft is:** Cont'd on same terms and conditions of release.