## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 10/20/2020

Time: 09:01 a.m. – 09:24 a.m. (00:23)
       10:27 a.m. – 10:39 a.m. (00:12)
       04:01 p.m. – 04:16 p.m. (00:15)
       (00:50)

Before the Honorable: **T.S. ELLIS, III**

Case No.: 1:20-cr-00059-TSE-1

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# MANISH SINGH     ___ Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| Grace Hill | Brooke Rupert |
| Heidi Gesch | Ann Rigby |
| Suzi Robinson (paralegal) | Sameer Jaywant (pro bono) |

Appearances of Counsel for ( X ) Govt     ( X ) Deft

**Re:** **Jury Trial**

- Defendant failed to appear for Jury Trial scheduled for Tuesday, October 20, 2020 at 9:00 a.m.

- Defense advised the Court; defendant was taken to the crisis unit at St. Joseph's Medical at the University of Maryland on the evening of October 19, 2020.

- Government request a bench warrant issued as soon as the defendant is fit for discharge -GRANTED.

- Pretrial Release revoked pending trial. Court advised the Marshal's that the warrant should not be executed if the defendant is not fit to be discharged.

- Government request trial date postponed until Court is advised of defendant's medical status.

- Court advised trial date will be set once defendant is in Marshal's custody.