IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:20-CR-59-TSE |
| | ) | |
| MANISH SINGH, | ) | Trial: May 11, 2021 |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 1-1 | September 23, 2016 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00008821 through 8824 | | |
| 1-2 | October 11, 2016 emails between Singh and Saif Ahmad | FBI-00000384 through 385 | | |
| 1-3 | November 23, 2016 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00000096 through 97 | | |
| 1-4 | April 3, 2017 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00000126 through 127 | | |
| 1-5 | July 28, 2017 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00006962 | | |
| 1-6 | August 14, 2017 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI 00000189 through 191 | | |
| 1-7 | March 16, 2018 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00006789 through 6790 | | |

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 1-8 | April 16, 2018 email from Singh to Saif Ahmad and Sanaa Aijaz | FBI-00000337 | | |
| 1-8-1 | Attachment to GX 1-8 ("Sanaa deposits – file for saif and sana 02-20-19.xls") | FBI-00000337.0001 | | |
| 1-8-2 | Attachment to GX 1-8 ("SANAA HOME info file.doc") | FBI-00000338 through 344 | | |
| 1-8-3 | Attachment to GX 1-8 ("sanaa orders 1 DEC-JAN INVOICE for SAIF.doc") | FBI-00000345 | | |
| 1-8-4 | Attachment to GX 1-8 ("sanaa orders 1 DEC-JAN orders.pdf") | FBI-00000346 through 357 | | |
| 1-8-5 | Attachment to GX 1-8 ("sanaa orders 2 APRIL final.pdf") | FBI-00000358 through 360 | | |
| 1-8-6 | Attachment to GX 1-8 ("sanaa orders 3 JUNE final.pdf") | FBI-00000361 through 362 | | |
| 1-8-7 | Attachment to GX 1-8 ("sanaa orders 4 JULY final.pdf") | FBI-000000363 through 364 | | |
| 1-8-8 | Attachment to GX 1-8 ("sanaa orders 5 AUGUST final.pdf") | FBI-000000365 through 366 | | |
| 1-8-9 | Attachment to GX 1-8 ("sanaa orders 6 SEPTEMBER final.pdf") | FBI-000000367 through 368 | | |
| 1-8-10 | Attachment to GX 1-8 ("sanaa orders 7 NOV INVOICE for SAIF.doc") | FBI-00000369 through 370 | | |
| 1-8-11 | Attachment to GX 1-8 ("sanaa orders 7 NOV SL-0019 b&j.doc") | FBI-00000371 through 372 | | |

| **GX** | **Description** | **Bates/Ref** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 1-9 | May 10, 2018 email from Victor Rossi | FBI-00000192 through 198 | | |
| 1-10 | Emails between "S Cohen" and others | FBI-00006728 through 6730 | | |
| 1-11 | Emails between "S Cohen" and others | FBI-00006731 through 6748 | | |
| 1-12 | Emails between "S Cohen" and others | FBI-00006761 through 6767 | | |
| 1-13 | March 1, 2017 email from Singh to Sanaa Aijaz and Saif Ahmad | FBI-00004189 | | |
| 1-14 | August 1, 2016 email from Singh to Sanaa Aijaz and Saif Ahmad | FBI-00006981, FBI-00000338 through 344, FBI-00006808 through 6810 | | |
| 2-1 | Text message from Singh to Sanaa Aijaz on October 11, 2016 | FBI-00007044 | | |
| 2-2 | [RESERVED] | | | |
| 2-3 | Text messages between Singh and Sanaa Aijaz on October 26, 2016 | FBI-00007049 | | |
| 2-4 | [RESERVED] | | | |
| 2-5 | Text message from Singh to Sanaa Aijaz on February 9, 2017 | FBI-00007057 | | |
| 2-6 | Text messages between Singh and Sanaa Aijaz on February 17, 2017 | FBI-00007061 through 7063 | | |

| <u>GX</u> | <u>Description</u> | <u>Bates/Ref</u> | <u>Offered</u> | <u>Admitted</u> |
|---|---|---|---|---|
| 2-7 | Text messages between Singh and Sanaa Aijaz on April 3, 2017 | FBI-00007078 | | |
| 2-8 | Text messages between Singh and Saif Ahmad on May 9, 2018 | FBI-00007117 through 7118 | | |
| 2-9 | Text messages between Singh and Sanaa Aijaz from September 26, 2018 through November 8, 2018 | FBI-00007094 through 7096 | | |
| 2-10 | Text messages between Singh and Saif Ahmad on March 10, 2017 | FBI-00009256 | | |
| 2-11 | October 26, 2016 text messages between Singh and Sanaa Aijaz | FBI-00007049 through 7051 | | |
| 2-12 | December 8, 2016 text messages between Singh and Sanaa Aijaz | FBI-00007052 through 7054 | | |
| 3-1 | [RESERVED] | | | |
| 3-2 | Comcast toll records for a phone number ending in 2714 | FBI-00004139 through 4171 | | |
| 3-3 | Google Subscriber Information for bandjfabric@gmail.com | FBI-00000940.0001 | | |
| 3-4 | Comcast Subscriber Information for a phone number ending in x2714 | FBI-00004176 | | |
| 3-5 | Google geolocation information for victorrossi007@gmail.com for August 14, 2017 | GOOGLE-00053698 | | |

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 3-6 | Google Earth satellite image with victorrossi@gmail.com location history plotted for August 14, 2017, at 7:12 PM and 7:18 PM EDT | | | |
| 4-1 | Wells Fargo Bank statements for Victor Rossi account ending in x3887, September 2016 through March 2018 | FBI-00001199 through 1340 | | |
| 4-2 | Bank of America statement for dba Victor Rossi account ending in x3698, April 2018 | FBI-00003254 through 3257 | | |
| 4-3 | Bank of America statement for dba Victor Rossi account ending in x3698, November 2018 | FBI-00003334 through 3339 | | |
| 4-4 | Bank of America statements for Manish Singh account ending in x3698 and check card ending in x2019, October 2016 through March 2018 | FBI-00003126 through 3163; FBI-00003166 through 3169; FBI-00003174 through 3179; FBI-00003184 through 3189; FBI-00003196 through 3199; FBI-00003204 through 3207; FBI-00003212 through 3215; FBI-00003220 through 3223; FBI-00003228 through 3231; FBI-00003236 through 3239; FBI-00003244 through 3249 | | |
| 4-5 | Check Number 1035 from Wells Fargo Bank account ending in x3887 | FBI-00001012 | | |

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 4-6 | Check Number 1040 from Wells Fargo Bank account ending in x3887 | FBI-00001017 | | |
| 4-7 | Signature Card for Wells Fargo Bank account ending in x3887 | FBI-00001195 through 1198 | | |
| 4-8 | Signature Card for Bank of America account ending in x3698 | FBI-00002479 through 2480 | | |
| 4-9 | Check Number 1019 from Wells Fargo account ending in x3887 | 1A-00008778 | | |
| 4-10 | Capital One Bank wire transfer records | FBI-00054138 through 54145 | | |
| 4-11 | Federal Reserve Bank Fedwire records | FBI-00054313 through 54315 | | |
| 5-1 | File titled "b & j cashier's check 2.pdf" | | | |
| 5-2 | File titled "b & j cashier's check 3 final.pdf" | | | |
| 5-3 | File titled "IRS deposit slip.pdf" | | | |
| 5-4 | File titled "IRS.pdf" | | | |
| 5-5 | April 4, 2018 email from "Andy from Google" to bandjfabric@gmail.com | | | |
| 6-1 | Pie chart showing inflows of money into Wells Fargo Bank account ending in x3887, September 19, 2016 to March 31, 2018 | | | |

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 6-2 | Pie chart showing outflows of money from Wells Fargo Bank account ending in x3887, September 19, 2016 to March 31, 2018 | | | |
| 6-3 | Table showing outflows of money from Wells Fargo Bank account ending in x3887, September 19, 2016 to March 31, 2018 | | | |
| 6-4 | Timeline of money received from Saif Ahmad/Sanaa Aijaz and money sent to MFC | | | |
| 7-1 | Brendan Collins CV | | | |
| 7-2 | Gary Frazier CV | | | |
| 9-1 | 902(11) certificate from AT&T dated July 21, 2019 | FBI-00000636 | | |
| 9-2 | 902(11) certificate from Comcast dated December 19, 2019 | FBI-00004138 | | |
| 9-3 | 902(11) certificate from Wells Fargo Bank dated August 6, 2019 | FBI-00001194 | | |
| 9-4 | 902(11) certificate from Google LLC dated July 30, 2019 | FBI-00000939 | | |
| 9-5 | 902(11) certificate from Bank of America dated August 2, 2019 | FBI-00002466 | | |
| 9-6 | 902(11) certificate from Comcast dated January 3, 2020 | FBI-00004177 | | |

| GX | Description | Bates/Ref | Offered | Admitted |
|---|---|---|---|---|
| 9-7 | 902(11) certificate from Capital One Bank dated February 1, 2021 | FBI-00054137; FBI-00054133 | | |
| 9-8 | 902(11) certificate from Federal Reserve Bank of New York dated April 8, 2021 | FBI-00054311 through 54312 | | |
| 9-9 | 902(11) certificate from Lexus of Towson dated April 27, 2021 | | | |
| 9-10 | 902(11) certificate from Google LLC dated December 10, 2020 | GOOGLE-00042074 through 42085 | | |

The Government respectfully requests leave of the Court to file additional exhibits if necessary.

                        Respectfully submitted,

                        Raj Parekh
                        Acting United States Attorney

By:   /s/ Grace L. Hill
        Grace L. Hill
        Heidi Boutros Gesch
        Assistant United States Attorneys
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: (703) 299-3700
        grace.hill@usdoj.gov
        heidi.gesch@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2021, I filed the foregoing with the Clerk of Court using the PACER system, which will send electronic copies to all counsel of record.

                                                             Respectfully submitted,

By:   /s/ Grace L. Hill
           Grace L. Hill
           Counsel for the United States