## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 3)

Date: 05/13/2021          Case No: 1:20-cr-00059-TSE          Time: 09:03 a.m. – 10:20 a.m. (01:17)
                                                                     10:48 a.m. – 12:07 p.m. (01:19)
Before the Honorable: T. S. ELLIS, III                              01:42 p.m. – 02:14 p.m. (00:32)
                                                                     02:31 p.m. - 02:56 p.m. (00:25)
Court Reporter: Tonia Harris                                        03:14 p.m. – 05:03 p.m. (01:49)
                                                                     05:43 p.m. – 05:55 p.m. (00:12)
Court Reporter: Tanya Randall                                       (05:34)

| PARTIES | COUNSEL |
|---|---|
| UNITED STATES OF AMERICA | Grace Hill, Heidi Gesch, Matthew Lee, Special Agent, FBI, Suzi Robinson (paralegal) |
| vs. | |
| **MANISH SINGH** | Ann Rigby, Brooke Rupert, Sameer Jaywant (pro bono), Bailey Ellicott (paralegal), Joseph Boyd (paralegal) |

Preliminary Matters discussed.

Rule on Witnesses [   ]          Opening Statements [   ]

Government Adduced Evidence [ X ] and Rests [   ]

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) <u>1-5 and 6</u> of the Superseding Indictment

[ X ]  Plea accepted by the Court.

[ X ] Deft directed to USPO for PSI      [ X ] Yes        [   ] No

[ X ] Case continued to:  **FRIDAY, JULY 30, 2021** at **09:00 A.M.** for:

    [   ] Jury Trial     [   ] Bench Trial     [   ] Pre-Guidelines Sentencing     [ X ] Guidelines Sentencing

- Jurors excused at **4:41 P.M.**

Defendant(s) Adduced Evidence and Rests [   ] Motions: _____

Jury Instruction Conference held with counsel [   ]

Closing Arguments [   ]          Jury Charged [   ]          Jury Retired to Deliberate [   ]


**DEFENDANT:**
[ X ] Remanded [   ] Self Surrender [   ] Cont'd on same terms and conditions of release [   ] In Custody